UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _25- CR- 20438- Gayles_

UNITED STATES OF AMERICA,
          Plaintiff,

                                          **NOTICE OF TEMPORARY**
v.                                        **APPEARANCE AS COUNSEL**

_Renier Mendez_

          Defendant.
_____/

COMES NOW __David A. Donet, Jr._____ and

files this temporary appearance as counsel for the above named defendant(s) at initial appearance.

This appearance is made with the **understanding** that the undersigned counsel will fulfill any

**obligations imposed** by the Court such as **preparing and filing documents** necessary to

collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): __David A. Donet, Jr._____

Counsel's Signature: _____

Address (include City/State/Zip Code):

_100 Almeria Ave_
_Suite 230_
_Coral Gables, FL 33134_

Telephone: _305-444-0030_          Florida Bar Number: _128910_

Date: _____10/22/25_____