# MINUTE ORDER

Page 4

## Magistrate Judge Ellen F. D'Angelo

King Building Courtroom 10-4    Date: 10/22/25    Time: 2:00 p.m.

Defendant: Reinier Mendez    J#: 30075-506    Case #: 25-CR-20438-GAYLES

AUSA: Jeremy Fulgate    Attorney: David Donet (Temp)

Violation: Conspiracy to Distribute and Possession With Intent to Distribute a Controlled Substance.    Surr/Arrest Date: 10/21/25    YOB: 1980

Proceeding: Initial Appearance    CJA Appt:

Bond/PTD Held: ○ Yes  ○ No    Recommended Bond:

Bond Set at: STIP PTD w/ Right to revisit    Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

Language: Spanish

Disposition:
- Deft advised of rights and charges.
- Counsel filed Temp notice of appearance.
- STIP PTD w/ right to revisit.
- No hearing held Court sets
- Brady Order given

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel: 10/31/25    10:00 am    Duty Magistrate Judge
PTD/Bond Hearing:
Prelim/Arraign or Removal: 10/31/25    10:00 am    Duty Magistrate Judge
Status Conference RE:
D.A.R. 14:27:10    Time in Court: 8 minutes

s/Ellen F. D'Angelo    Magistrate Judge