# COURT MINUTES

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 10/31/25      Time: 10:00 a.m.

Defendant: Renier Mendez          J#: 30075-506    Case #: 25-20438-CR-GAYLES/SHAW-WILDER

AUSA: Brooke Latta                              Attorney:  DAVID A. DONET, JR.

Violation:   CONSP/PWID COCAINE

Proceeding: Arraignment                              CJA Appt:

Bond/PTD Held: ○ Yes   ○ No          Recommended Bond:

Bond Set at: PTD (stip)                              Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language: Spanish

☐ Report to PTS as directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:
*Brady Order already given*

*Counsel files permanent appearance*
*for trial purposes only*

*Defendant Arraigned:*
*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*

Time from today to _____ excluded
from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.   10:03:45                              Time in Court:   3 mins