# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date:  03/24/2026   Time: 10:00 a.m.

Defendant:  **Renier Mendez**          J#: 30075-506     Case #: 25-CR-20438-GAYLES

AUSA:  Cristina Maxwell          Attorney:  David A. Donet, Jr.-TEMP

Violation:  Conspiracy to Distribute Controlled Substance

Proceeding:  Arraignment on Superseding Indictment          CJA Appt:

Bond/PTD Held: ○ Yes  ○ No          Recommended Bond:

Bond Set at: STIP-Pretrial Detention          Co-signed by:

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language:  Spanish |

**Disposition:**

**\*\*BRADY Order Given 10/22/25\*\***

- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

*Defendant Arraigned:*

*Reading of Indictment Waived*

*Not Guilty plea entered*

*Jury trial demanded*

*Standing Discovery Order requested*

*Defendant's ore tenus  for entry of the Standing Discovery Order is granted*

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:        Time:        Judge:            Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  10:04:25          Time in Court:   3 mins

s/Lauren F. Louis          Magistrate Judge