UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20438-DPG

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RENIER MENDEZ,

      Defendant.

_____

**DEFENDANT'S NOTICE OF FILING
LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING**

      The Defendant, RENIER MENDEZ, by and through his undersigned attorney, hereby files copies of letters addressed to the Court for consideration at sentencing. Said copies are attached hereto and incorporated herein as Composite Exhibit "A."

      **DATED:** July 7, 2026.

Respectfully submitted,

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant

[Certificate of Service on next page]

Page **1** of **2**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 7, 2026, undersigned counsel electronically filed the foregoing Defendant's Notice of Filing Letters to the Court for Consideration at Sentencing with the Clerk of the Court using CM/ECF, which will send a Notice of Electronic Filing (NEF) to all counsel of record.

**Donet, McMillan & Trontz, P.A.**

By: /s/ David A. Donet, Jr.
**David A. Donet, Jr., Esq.**
Florida Bar No.: 128910
Attorney for Defendant
100 Almeria Avenue, Suite 230
Coral Gables, Florida 33134
Telephone: 305-444-0030
Email: donet@dmtlaw.com
Email: paralegals@dmtlaw.com

Page **2** of **2**