UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cr-20438-DPG

UNITED STATES OF AMERICA,

     Plaintiff,

v.

RENIER MENDEZ,

     Defendant.

_____

**COMPOSITE EXHIBIT "A"**
**TO**
**DEFENDANT'S NOTICE OF FILING**
**LETTERS TO THE COURT FOR CONSIDERATION AT SENTENCING**

**Letters addressed to the Court.**

**Donet, McMillan & Trontz, P.A.**
Attorneys at Law
100 Almeria Avenue, Suite 230, Coral Gables, Florida 33134
• Telephone: 305-444-0030 •
www.dmtlaw.com

Hello my name is A███████ N█████, I am 12 years old and I write to you with much respect. Today I am writing you this letter because even though my dad is infront of you judge as a criminal I want you to know that he is the best father in the world for me and my brothers. My dad has raised me since I was born. I don't know if you know but my biological mom abandoned me and I have never felt his absense because He has always been with me. I play soccer, I'm a striker in the youth of tamiami and i feel sad everytime I see he's not there applauding for me. For me, he is my hero and the best dad I could ever ask for. I miss him so much. At home we all feel his absence. My two little brothers also ask about him and miss him a lot. We love him very much. I dream that one day he can return home so that we can be together again. I haven't seen him in 10 months because he doesn't want me and my brothers to see him in the condition he's in. I know that anything you choose to do it will not erase the good father he is to me and my brothers.

I ask you with all my heart, If It's possible you can return my dad as soon as possible for me and my little brothers. My family is not complete without him.

Thank you for reading my letter and for listening to how I feel.

Sincerely;
A██████ N███████

**The Honorable Judge,**

My name is **Dr. Luis Cruz-Rodríguez, PhD**, Founder and President of **VitaVoice Art Foundation Inc.** I have known **Renier Mendez** since he was a young boy in Cuba. Throughout those years, I had the opportunity to observe his character, his values, and his genuine concern for others.

From an early age, Renier demonstrated a remarkable humanitarian spirit, always showing respect, compassion, and a willingness to help those around him. Over the years, I have maintained an impeccable opinion of his character and integrity. In my experience, he has consistently conducted himself with honesty, responsibility, and kindness toward others.

As adults, I have continued to witness those same qualities reflected in his actions. One recent example is his generous donation of **Neuron On™ nutritional supplements** to support humanitarian efforts for the people of Venezuela. His contribution was made voluntarily, motivated solely by his desire to help individuals and families facing extremely difficult circumstances.

Renier has also committed to becoming an important member of our **VitaVoice Mobile** humanitarian initiative. This program is designed to bring remote wellness assessments, nutritional support, and humanitarian assistance directly to underserved communities through specially equipped mobile units.

We look forward to having Renier participate in this mission by helping operate one of our VitaVoice Mobile vans, allowing us to reach families door-to-door and extend humanitarian support to communities with limited access to healthcare and wellness services.

Based on my personal knowledge of Renier from his early years in Cuba through adulthood, I can state without hesitation that he is a person of integrity, generosity, and strong moral character. I have every confidence that he will continue making meaningful contributions to our Foundation and to the communities we serve.

I respectfully ask the Court to consider not only the circumstances before it today, but also the many years during which Renier has demonstrated compassion, responsibility, and an unwavering commitment to helping others.

Thank you for your time and consideration.

**Respectfully,**

**Dr. Luis Cruz-Rodríguez, PhD**
Founder & President
**VitaVoice Art Foundation Inc.**
EIN: ▮▮▮▮6083
Tampa, Florida, USA

Date: 07/02/2026

**Mail body:**

My name is Deilys Suárez, and I am the wife of Renier Mendez.

With the utmost respect, I write to ask you to consider our family's circumstances as you determine my husband's sentence.

I understand the seriousness of this case, and I am not writing to excuse my husband's actions. I simply ask that you consider the impact his absence has had on our family.

My husband and I have built our family together with love, commitment, and faith. Together, we have raised three children. Our oldest son is 12 years old. Although I am not his biological mother, I have raised him as my own since he was two years old after his biological mother abandoned him. We also have two younger children, ages 7 and 4.

Our seven-year-old is an Honor Roll student who works very hard in school. Recently, on his birthday, I asked him what he wanted most. Instead of asking for toys or gifts, he looked at me and said, **"I want my dad to come home."** As a mother, that was one of the hardest moments of my life because I did not know how to answer him.

For the past nine months, I have been raising our three children alone. Renier was the provider for our family, and his absence has affected us emotionally and financially. We continue doing everything we can to give our children the love, stability, and education they deserve.

Every time I visit Renier, he tells me how ashamed he feels for the pain he has caused our family. He has expressed deep remorse for his actions and for letting us down. I truly believe this experience has changed him. He accepts responsibility for what he did, and I know his greatest wish is to return home and continue being the husband and father our family needs.

I respectfully ask that you consider showing mercy as you determine his sentence, knowing that your decision will have a profound impact not only on my husband but also on three children who love and need their father every day.

Thank you for your time, your consideration, and for allowing me to share our family's story.

Respectfully,

Deilys Suarez.

The Honorable Judge,

My name is Mary Delgado, and I am writing to share my experience with Renier Mendez.

There was a time in my life when I found myself in an incredibly difficult situation. I was alone, without stability, and trying to care for my daughter. During one of the hardest periods of my life, Renier stepped in to help me without hesitation.

He never made me feel like I was a burden. Instead, he treated me with kindness, compassion, and respect. His support gave me hope when I felt like I had nowhere else to turn.

That experience showed me exactly who Renier is. He has a generous heart and genuinely cares about helping people when they need it most. Acts of kindness like his cannot be measured, but they can completely change someone's life. I will always be grateful for what he did for my daughter and me.

I respectfully ask the Court to consider the caring and selfless person I have known. While I understand the seriousness of these proceedings, I also know the tremendous positive impact Renier has had on the lives of others, including mine.

Thank you for your consideration.

Respectfully,

Mary Delgado

*Mary Delgado*

The Honorable Judge,

My name is Marilyn Ortiz, and I am Renier Mendez's mother-in-law. I have known Renier for many years, and during that time I have had the opportunity to watch him become not only a devoted partner to my daughter, but also an exceptional father and provider for our family.

As a mother, one of the greatest comforts is knowing your daughter is loved, respected, and supported. Renier has always treated my daughter with kindness and has worked hard to provide a stable home for her and the children. He has never been afraid of responsibility, and he has always put his family's needs before his own.

What has impressed me the most is the love he has shown all three of the children, especially his oldest son. After the child's biological mother left when he was only two years old, Renier never allowed him to feel abandoned. He stepped into every role that child needed, becoming both mother and father. Watching the bond they share has been one of the clearest examples of the kind of man Renier truly is.

As a grandmother, I have seen firsthand how much the children love and depend on him. They look to him for guidance, security, and unconditional love. His absence has been extremely difficult for them and for our entire family.

I understand the seriousness of these proceedings, and I fully respect the Court's responsibility. I simply ask that you also consider the compassionate, hardworking, and devoted family man that I have known for many years. I truly believe he has so much more to contribute to his family and deserves the opportunity to continue being present in his children's lives.

Thank you for taking the time to consider my letter.

Respectfully,

Marilyn Ortiz

*Marilyn Ortiz*

The Honorable Judge,

My name is Roxana Hernandez, and I have known Renier Mendez since he was a young boy in Cuba. I watched him grow up as my neighbor, and over the years I came to know him and his family very well.

When Renier arrived in the United States in 2002, he had very little. I welcomed him into my home because I wanted to help him get on his feet. During that time, I saw firsthand the kind of person he was. He was respectful, grateful, hardworking, and determined to build a better future for himself.

As the years passed, I watched him become a devoted father and a man who always put his family first. He has never forgotten the people who helped him, and he has always tried to return that kindness whenever someone else needed support.

Knowing Renier for most of his life has given me the opportunity to see his true character. He is compassionate, responsible, and deeply committed to the people he loves.

I respectfully ask the Court to consider not only this difficult moment but also the many years of good character that I have witnessed personally. I truly believe he has much to continue contributing to his family and community.

Thank you for your time and consideration.

Respectfully,

Roxana Hernandez

*Roxana Hernandez*

The Honorable Judge,

My name is Jackelin McKee, and I have had the opportunity to know Renier Mendez as my neighbor.

Living near someone allows you to see the person they are in everyday life, and I have always known Renier to be respectful, friendly, and considerate. He has always treated those around him with kindness and has been the type of neighbor who is willing to help whenever someone needs assistance.

One thing that has always stood out to me is the love he has for his family. I have seen him spend time with his children, care for them, and work hard to provide them with a stable home. It is clear that being a father is one of the most important parts of his life.

Our neighborhood has benefited from having someone like Renier, someone who is approachable, respectful, and always willing to lend a hand.

I respectfully ask the Court to take into account the positive character I have witnessed over the years. I sincerely hope he is given the opportunity to continue supporting and raising his family.

Thank you for your time and consideration.

Respectfully,

Jackelin McKee

*Jackelin Mckee*

The Honorable Judge,

My name is Ivandy Alazo, and I have had the privilege of calling Renier Mendez my friend since we were both living in Cuba. Our friendship has lasted for many years and has remained strong even after we both came to the United States. I am now a U.S. citizen, and throughout all these years, I have never known Renier to be anything other than a loyal, caring, and hardworking man.

One of the things I have always admired most about Renier is his willingness to help others without expecting anything in return. Whenever a friend or family member needed support, he was the first person to step forward. His loyalty and generosity have always defined the kind of person he is.

Over the years, I have watched him dedicate himself to his family and work hard to provide a better future for those he loves. He takes great pride in being a father and in making sure his children have the love and support they need.

I know that no one is perfect, and I understand the seriousness of why we are here today. However, I respectfully ask the Court to also consider the person I have known for so many years. Renier has always been someone who cares deeply for others and who has made a positive impact on the lives of the people around him.

Thank you for taking the time to read my letter and for considering my thoughts.

Respectfully,

Ivandy Alazo

*Ivandy Alazo*

**Dalina Rodriguez**

305-498-6406

Dalina.rodriguez@usdoj.gov

June 29, 2026

**United States District Court**

**Re: Character Reference for Renier Mendez**
**Case No. 25 CR20438 – USA v. Renier Mendez**

To the Honorable Judge Gayles,

My name is Dalina Rodriguez, and I am writing this letter in support of Renier Mendez. I have known Renier for approximately three years. During that time, I have had the opportunity to know him not only as a friend but also as a devoted husband and loving father.

I first met Renier through my boyfriend, who has been one of his closest friends for many years. Since then, our families have spent a great deal of time together. Through these experiences, I have gotten to know Renier, his wife, and his three sons. Seeing him interact with his family has shown me the kind of person he is. He is a caring, involved, and dedicated father who genuinely loves his children and works hard to provide for them. He is also a supportive husband who puts his family first.

Renier has always been someone who is willing to help his family and friends whenever they need him. He is dependable, respectful, and compassionate. These qualities have consistently stood out to me throughout the time I have known him.

I know that Renier deeply regrets the circumstances that have brought him before the Court. This situation has had a significant impact not only on him but also on his wife and children. From what I have witnessed, he is sincerely remorseful for his actions and understands the seriousness of his mistakes. I believe this experience has been life-changing for him, and I am confident that he has learned from it.

No one is defined by a single mistake. I truly believe that Renier is a good man with strong values who deserves the opportunity to move forward, continue supporting his family, and demonstrate through his actions that he has learned from this experience.

Thank you for taking the time to read my letter and consider my perspective. I respectfully ask that you take Renier's character, his dedication to his family, and his genuine remorse into consideration during sentencing.

Respectfully,

**Dalina Rodriguez**

**Javier Fernandez**

954-802-3664

Floridapumpssolution@yahoo.com

June 29, 2026

**United States District Court**

**Re: Character Reference for Renier Mendez**
**Case No. 25 CR20438 – USA v. Renier Mendez**

To the Honorable Judge Gayles,

My name is Javier Fernandez, and I am writing this letter in support of my best friend, Renier Mendez. I have known Renier for over ten years, and during that time he has become much more than a friend to me—he has become family. I truly consider him a father figure in my life, someone I have always looked up to, trusted, and relied on through some of the most important moments of my life.

Over the years, Renier has always been there for me without hesitation. Whether I needed advice, encouragement, or someone to help me through a difficult situation, he never turned his back on me. He has taught me the importance of hard work, loyalty, and always putting family first. The example he has set has had a lasting impact on the person I am today.

I have also had the privilege of watching Renier as a husband and father. His wife and three sons mean everything to him. He works hard to provide for them, spends time with them, and genuinely loves them with all his heart. Our families have become very close over the years, and I have seen firsthand how much he sacrifices to make sure his family is cared for.

When this situation happened, it was heartbreaking for everyone who knows and loves him. It has affected me deeply because I know the man Renier truly is. I have also seen the pain this has caused his wife and children. I know that he carries the weight of what has happened every day, and I have seen the remorse he feels. He understands the seriousness of his actions and the consequences they have brought upon himself and the people he loves most.

No one who has known Renier for as long as I have would define him by this one chapter of his life. The man I know is compassionate, generous, dependable, and always willing to help others, even when he expects nothing in return. He has been a role model not only to me but to many people around him.

I believe that people are capable of learning from their mistakes and becoming better because of them. I have every confidence that Renier will continue to do everything he can

to rebuild trust, support his family, and live the life that those of us who know him know he is capable of living.

I respectfully ask the Court to consider the man I have known for over a decade—his character, his love for his family, the positive influence he has had on my life, and the sincere remorse he has shown. I am grateful for the opportunity to share my perspective and appreciate the Court's time and consideration.

Respectfully,

**Javier Fernandez**